# Court of Appeals
# of the State of Georgia

ATLANTA, January 25, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0117.  ANDREW RECKLES et al. v. RUNKLE CONSULTING, INC. et al.**

Andrew and Kimberly Reckles seek interlocutory review of the trial court's order denying their motion for summary judgment. The summary judgment order was entered on November 28, 2012, but the certificate of immediate review was not entered until 21 days later, on December 19, 2012.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Because the certificate of immediate review in this case was not entered within ten days of entry of the order to be appealed, we lack jurisdiction to consider this application for interlocutory appeal. Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 01/25/2013
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*